UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **AUTOMATA PRODUCTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT ALAN SPERRY,** <br><br> Defendant. | Case No.: 3:15-cv-02283-MO <br><br><br> JUDGMENT AND ORDER |

This matter before the court on plaintiff's motion, the court finds and ORDERS:

(1) Defendant Robert Alan Sperry has willfully infringed the rights of plaintiff in violation of 17 U.S.C. § 101, et seq (the "Copyright Act").

(2) Defendant Robert Alan Sperry has willfully refused to participate in these proceedings with notice.

(3) A permanent injunction is ordered enjoining defendant from infringing plaintiff's rights in their motion picture, including without limitation using the internet to reproduce, distribute or copy plaintiff's motion picture, and further directing defendant to destroy all unauthorized copies of plaintiff's motion pictures and to delete all software used to make or distribute those copies or exchange unlicensed content using the BitTorrent protocol.

(4) Defendant is further enjoined from using BitTorrent or the Internet for the copying or downloading of content in violation of U.S. copyright law.

      (5)      Statutory damages pursuant to 17 U.S.C. § 504 are awarded to plaintiff in the amount of $5,000 to give the statute full force and effect and indicate to the general public that plaintiff's claims and these proceedings should not be disregarded or ignored.

      (6)      Plaintiff is awarded reasonable costs and fees to be determined pursuant to FRCP 54.

Dated:  July 25, 2016

 /s/ Michael W. Mosman
Chief United States District Judge
Michael W. Mosman